IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS PEELER | ) | |
| | ) | |
| v. | ) | No. 3-14-0898 |
| | ) | |
| REXEL HOLDINGS USA d/b/a Rexel, | ) | |
| Inc.; and REXEL, INC. | ) | |

O R D E R

By order entered May 20, 2014 (Docket Entry No. 4), the initial case management conference was rescheduled to July 16, 2014. Prior thereto, plaintiff's counsel called the office of the Magistrate Judge to advise that he intended to file a notice of voluntary dismissal.

No such notice has been filed.

By August 8, 2014, the plaintiff shall file a notice of voluntary dismissal in accord with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure or shall file a notice of his intent to proceed. If the plaintiff files a notice of his intent to proceed or if the plaintiff does not make any filing by August 8, 2014, the initial case management conference will be rescheduled.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge