IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THOMAS PEELER )
)
v. ) No. 3-14-0898
)
REXEL HOLDINGS USA d/b/a Rexel, )
Inc.; and REXEL, INC. )

O R D E R

On August 22, 2014, the plaintiff filed a notice of voluntary dismissal (Docket Entry No. 8), no answer or motion for summary judgment having been filed by the defendants.

As a result, the initial case management conference, rescheduled by order entered August 12, 2014 (Docket Entry No. 6), on August 28, 2014, is CANCELLED.

In accord with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, the plaintiff's claims against the defendants are hereby DISMISSED without prejudice, and the Clerk is directed to close this case on the records of the Court.

Except as otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge